# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No.  11-cr-00251-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     RUTILIO MOLINA-SERRANO,

       Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 12 - filed July 19, 2011), a change of plea hearing regarding Defendant Molina-Serrano is set **Thursday, August 18, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  July 20, 2011